ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                   )
                                              )
APS Contracting, Inc.                         )    ASBCA No.   61899
                                              )
Under Contract No.    W912DS-12-C-0030        )

APPEARANCE FOR THE APPELLANT:          Daniel C. Carmalt, Esq.
                                         Counsel

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
                                         Engineer Chief Trial Attorney
                                       Lorraine C. Lee, Esq.
                                         Engineer Trial Attorney
                                         U.S. Army Engineer District, New York

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 23, 2020

_____
J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61899, Appeal of APS Contracting, Inc., rendered in conformance with the Board's Charter.

Dated:  September 23, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals